UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMIAN BAUSENWEIN | Civil Action No. |
| Plaintiff, | 3:19-cv-00421-DNH-DEP |
| vs. | |
| SNAP-ON INCORPORATED<br>t/a SNAP-ON TOOLS<br>and<br>SNAP-ON EQUIPMENT, INC. | |
| Defendants/Third-Party Plaintiffs | |
| vs. | |
| B&D EXHAUST WAREHOUSE, INC. | |
| Third-Party Defendant. | |

**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(C)**

It is hereby stipulated and agreed by all parties that the Third-Party Complaint by Defendants Snap-on Incorporated and Snap-on Equipment against Third-Party Defendant B&D Exhaust Warehouse, Inc. is dismissed. It is further stipulated and agreed that the counterclaim filed by B&D Exhaust Warehouse, Inc. against Defendants Snap-on Incorporated and Snap-on Equipment is likewise dismissed. It is further stated that no party hereto is an infant or incompetent.

| | |
|---|---|
| **COZEN O'CONNOR** | **CHERUNDOLO LAW FIRM, PLLC** |
| /s/ *Christopher C. Fallon, Jr.* | /s/ *Robin C. Zimpel-Fontaine* |
| Christopher C. Fallon, Jr., Esquire<br>*Attorney for Plaintiff* | Robin C. Zimpel-Fontaine, Esquire<br>*Attorney for Plaintiff* |

1

| | |
|---|---|
| **BAXTER SMITH & SHAPIRO, P.C.** | **RICCI TYRRELL JOHNSON & GREY** |
| /s/ *Robert C. Baxter* | /s/ *John E. Tyrrell* |
| Robert C. Baxter, Esquire<br>*Attorney for Third-Party Defendant*<br>*B&D Exhaust Warehouse, Inc.* | John E. Tyrrell, Esquire<br>*Attorney for Defendants*<br>*Snap-on Incorporated and*<br>*Snap-on Equipment* |

**PILLINGER MILLER TARALLO, LLP**

/s/ *Kenneth A. Krajewski*

Kenneth A. Krajewski, Esquire
*Attorney for Defendants*
*Snap-on Incorporated and*
*Snap-on Equipment*

Dated: 1-14-21

APPROVED BY THE COURT:

_____ J.

2